# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAWRENCE PRUETT,

    Petitioner,

vs.

JIM BENEDETTI, et al.,

    Respondents.

Case No. 3:08-CV-00373-ECR-(VPC)

**ORDER**

    The Court directed (#5) Petitioner to file an amended petition to correct defects in the original Petition (#6), and then the Court gave Petitioner additional time (#9) to file the amended petition. Petitioner has not filed the amended petition within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for Petitioner's failure to comply with the Court's Order (#5). The Clerk of the Court shall enter judgment accordingly.

    DATED: February 2, 2009

_____
EDWARD C. REED
United States District Judge