AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

LAWRENCE PRUETT,

      Petitioner,    JUDGMENT IN A CIVIL CASE

V.

          CASE NUMBER: **3:08-cv-00373-ECR-VPC**

JIM BENEDETTI, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for Petitioner's failure to comply with the Court's #5 Order.

  February 3, 2009                                    **LANCE S. WILSON**
                                                  Clerk

                                                        /s/ Kalani Lizares
                                                          Deputy Clerk